

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00777-CR

Enrique Javier **FLORES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 15-10-00249-ZJUAJA
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a letter stating she received payment arrangements for preparing the reporter's record on December 27, 2016, and requesting an extension of the deadline for filing the record to January 26, 2017. The request is GRANTED. The reporter's record must be filed no later than January 26, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court